THE PEOPLE OF THE STATE OF NEW YORK ex rel. HOSEA H. ROCKWELL et al., Appellants, *v.* HARRY N. HOFFMAN, Mayor of the City of Elmira, et al., Respondents.

(Argued February 12, 1918; decided March 5, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 24, 1917, which dismissed a writ of certiorari and confirmed an assessment levied against the relators for pavement of a street in front of premises owned by them. The question was as to whether the pavement in question was such a pavement as was contemplated

by the legislature in enacting the provisions of the charter on which the respondents relied. It appeared from the record that the pavement is eighteen feet in width while the vehicle-traveled· portion of the street is thirty-eight feet in width, leaving a space on each side of the pavement unpaved and unimproved. Relators contended that the provisions of the charter of·the city of Elmira under which the assessment was levied contemplated a pavement from curb line to curb line.

*Richard H. Thurston* for appellants.
*Boyd McDowell, Corporation Counsel,* for respondents.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.